1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY W RICHMOND,

　　　　Plaintiff,

　　v.

JULLIETT GARRETT *et al.*,

　　　　Defendants.

Case No.  C06-5522FDB

ORDER TO PROVIDE
SERVICE DOCUMENTS

　　　This 42 U.S.C. § 1983 action has been re-referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. The court does not have proper service documents or filled out United States Marshals Service Forms.

　　　The clerks office is directed to send plaintiff one copy of the operative complaint and supporting pages (Dkt. # 11). Plaintiff will need to provide the court with a service copy of the complaint for each named defendant. The copies must be identical. Plaintiff will also need to provide a filled out United States Marshals Forms for each defendant.

　　　The service documents will be due on or before **January 5, 2007.** Failure to provide the service documents will result in a Report and Recommendation that the action be dismissed for

ORDER
Page - 1

1 failure to prosecute.

2 　　　The clerk is directed to send plaintiff a copy of this order, a copy of his complaint, (Dkt.

3 #11), and to note the **January 5, 2007** due date.

4

5 　　　DATED this 6 day of December, 2006.

6

7 　　　　　　　　　　　　　　　　　　*/S/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　J. Kelley Arnold
8　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 2