# United States District Court

WESTERN DISTRICT OF WASHINGTON

BILLY W. RICHMOND

v.

JULIETT GARRETT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5522FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. This action must proceed in habeas corpus as it calls into question the length of a sentence.

| | |
|---|---|
| March 5, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |